# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DAVID C. WENTZ
          MICHELLE WENTZ

                    Debtor(s)                    CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant
          vs.

          DAVID C. WENTZ                          CASE NO: 1-16-00260-RNO
          MICHELLE WENTZ

                    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

        AND NOW, on August 22, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1.        A Plan was filed on February 15, 2016.

2.        A Confirmation hearing was held and an Order was entered on May 4, 2016 directing that an amended plan be filed within sixty (60) days.

3.        As of the date of this Motion, an amended plan has not been filed.

4.        The delay in filing a confirmable plan in this case is prejudicial to creditors.

        WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                              Respectfully submitted,

                              s/  James K. Jones, Esq.
                              Attorney for Trustee
                              Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              Ste. A, 8125 Adams Drive
                              Hummelstown, PA  17036
                              717-566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DAVID C. WENTZ
MICHELLE WENTZ

                 CHAPTER 13

        Debtor(s)


CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

                 CASE NO: 1-16-00260-RNO


## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date:    October 5, 2016<br><br>Time:    10:00 AM |

Any objection/response to the above referenced matter must be filed and served on or before: *September 9, 2016.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                 Charles J. DeHart, III, Trustee
                 8125 Adams Drive, Suite A
                 Hummelstown, PA  17036
                 Phone:  (717) 566-6097

Dated:  August 22, 2016

IN RE:   DAVID C. WENTZ            CHAPTER 13
          MICHELLE WENTZ

                                            CASE NO: 1-16-00260-RNO
          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
          Movant

## CERTIFICATE OF SERVICE

AND NOW, on August 22, 2016, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG, PA  17201-

DAVID C. WENTZ
MICHELLE WENTZ
38 LYNBROOK DR S.
YORK, PA  17402

                                       Respectfully Submitted,
                                       s/   Vickie Williams
                                       for Charles J. DeHart, III, Trustee
                                       8125 Adams Drive, Suite A
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097

Dated:  August 22, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   DAVID C. WENTZ
          MICHELLE WENTZ

            Debtor(s)                      CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant

vs.

DAVID C. WENTZ                   CASE NO: 1-16-00260-RNO
MICHELLE WENTZ

          Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.