```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-00260-RNO
David C. Wentz                                                      Chapter 13
Michelle Wentz
        Debtors               CERTIFICATE OF NOTICE
District/off: 0314-1     User: AGarner          Page 1 of 1        Date Rcvd: Oct 25, 2016
                         Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.
             +Harley Davidson Corp Office,   Attn: Payroll,   3700 W Juneau Avenue,
               Milwaukee, WI 53208-2865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman     on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor David C. Wentz office@csonkalaw.com,
               kwhitsel@csonkalaw.com
              Michael John Csonka    on behalf of Joint Debtor Michelle  Wentz office@csonkalaw.com,
               kwhitsel@csonkalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 5

IN THE UNITED STATES ANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
 )
David C. Wentz and )
Michelle Wentz, ) Case No. 1-16-bk-00260 RNO
 ) Chapter 13
Debtor(s) )
 )

### ORDER OF COURT

UPON CONSIDERATION of the Debtors' Motion to Terminate Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion to Terminate Wage Attachment is approved. The Debtor's employer Harley Davidson Corporation Office, ATTN Payroll, 3700 W Juneau Avenue, Milwaukee, WI 53208, is ordered to terminate the weekly payments of **$370.38 (monthly payment of $1,605.00)** to Charles J. DeHart, III, P O Box 7005, Lancaster, PA 17604.

By the Court,

Dated: October 25, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)