```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00260-RNO
David C. Wentz                                                  Chapter 13
Michelle Wentz
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AGarner           Page 1 of 1           Date Rcvd: Dec 14, 2016
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
            +Harley Davidson Corporation Office,    ATTN: Payroll,   3700 W Juneau Avenue,
              Milwaukee, WI 53208-2865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Wilmington Savings Fund Society, FSB Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor David C. Wentz office@csonkalaw.com,
               kwhitsel@csonkalaw.com
              Michael John Csonka    on behalf of Joint Debtor Michelle  Wentz office@csonkalaw.com,
               kwhitsel@csonkalaw.com
              Thomas I Puleo    on behalf of Creditor   Wilmington Savings Fund Society, FSB Et Al...
               tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

IN THE UNITED STATES ANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

David C. Wentz and
Michelle Wentz,　　　　　　　　Case No.　1-16-bk-00260 RNO
　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor(s)

### ORDER OF COURT

UPON CONSIDERATION of the Debtors' Motion to Reinstate Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion for Wage Attachment is approved. The Debtor's employer Harley Davidson Corporation Office, ATTN Payroll, 3700 W Juneau Avenue, Milwaukee, WI 53208, is ordered to submit weekly payments of **$370.38 (monthly payment of $1,605.00)** to Charles J. DeHart, III, P O Box 7005, Lancaster, PA 17604.

By the Court,

Dated: December 14, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)