United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
David C. Wentz  
Michelle Wentz  
    Debtors

Case No. 16-00260-HWV  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-1 | User: AGarner | Page 1 of 1 | Date Rcvd: May 21, 2018 |
| | Form ID: pdf010 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.
```
db/jdb       +David C. Wentz,   Michelle Wentz,   38 Lynbrook Dr S,   York, PA 17402-3222
             +Harley Davidson Corporation Office, ATTN Payroll,   3700 W Juneau Avenue,
               Milwaukee, WI 53208-2865
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,
               TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor 2 Michelle  Wentz office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Michael John Csonka    on behalf of Debtor 1 David C. Wentz office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES ANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
David C. Wentz and )
Michelle Wentz, ) Case No. 1-16-bk-00260 HWV
) Chapter 13
Debtor(s) )
)

**AMENDED ORDER OF COURT**

UPON CONSIDERATION of the Debtors' Motion to Amend Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Amended Motion for Wage Attachment is approved. The Debtor's employer Harley Davidson Corporation Office, ATTN Payroll, 3700 W Juneau Avenue, Milwaukee, WI 53208, is ordered to submit weekly payments of **$386.63** to Charles J. DeHart, III, P O Box 7005, Lancaster, PA 17604.

Dated: May 21, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)