# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

**IN RE:**                                    **CASE NO.: 1:16-bk-00260-HWV**
                                                          **CHAPTER 13**

**David C. Wentz,**
   **Debtor.**


**Michelle Wentz,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

### ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
### 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
### DULUTH, GA 30097

Robertson, Anschutz, Schneid & Crane LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Charles Wohlrab
   Charles Wohlrab
   Email: CWohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DAVID C. WENTZ
38 LYNBROOK DR S
YORK, PA 17402

MICHELLE WENTZ
38 LYNBROOK DR S
YORK, PA 17402

And via electronic mail to:

MICHAEL JOHN CSONKA
CSONKA LAW
166 SOUTH MAIN STREET  KERRSTOWN SQUARE
CHAMBERSBURG, PA 17201

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOW, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/Michael Pezzuto
Michael Pezzuto
Email: mpezzuto@rasflaw.com