UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID C. WENTZ  Case No.: 1-16-00260-HWV
MICHELLE WENTZ  Chapter 13
    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**
Creditor Name:     SELENE FINANCE, LP
Court Claim Number:     11
Last Four of Loan Number:     1634 pre arrears
Property Address if applicable:     38 LYNBROOK DR S., , YORK, PA17402

**PART 2:**     **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:     $15,815.96
b. Prepetition arrearages paid by the Trustee:     $15,032.29
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):     $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e. Allowed postpetition arrearage:     $1,886.36
f. Postpetition arrearages paid by the Trustee:     $1,792.89
g. Total b, d, f:     $16,825.18

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $991.93
Next postpetition payment due: MARCH, 2021
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 28, 2021 				Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name: SELENE FINANCE, LP
Court Claim Number: 11

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1173686 | 09/19/2017 | $1,397.71 | $0.00 | $1397.71 |
| 5200 | 1174934 | 10/11/2017 | $193.98 | $0.00 | $193.98 |
| 5200 | 1176272 | 11/08/2017 | $238.23 | $0.00 | $238.23 |
| 5200 | 1177658 | 12/05/2017 | $238.23 | $0.00 | $238.23 |
| 5200 | 1179091 | 01/11/2018 | $208.13 | $0.00 | $208.13 |
| 5200 | 1180460 | 02/08/2018 | $224.88 | $0.00 | $224.88 |
| 5200 | 1181819 | 03/08/2018 | $30.42 | $0.00 | $30.42 |
| 5200 | 1183199 | 04/03/2018 | $419.31 | $0.00 | $419.31 |
| 5200 | 1186332 | 05/15/2018 | $613.77 | $0.00 | $613.77 |
| 5200 | 1187585 | 06/07/2018 | $30.42 | $0.00 | $30.42 |
| 5200 | 1189013 | 07/12/2018 | $461.97 | $0.00 | $461.97 |
| 5200 | 1190370 | 08/09/2018 | $258.98 | $0.00 | $258.98 |
| 5200 | 1191669 | 09/06/2018 | $258.99 | $0.00 | $258.99 |
| 5200 | 1193027 | 10/10/2018 | $461.96 | $0.00 | $461.96 |
| 5200 | 1194376 | 11/08/2018 | $255.50 | $0.00 | $255.50 |
| 5200 | 1195784 | 12/13/2018 | $457.61 | $0.00 | $457.61 |
| 5200 | 1197148 | 01/10/2019 | $255.50 | $0.00 | $255.50 |
| 5200 | 1198242 | 02/07/2019 | $247.39 | $0.00 | $247.39 |
| 5200 | 1199529 | 03/12/2019 | $449.50 | $0.00 | $449.50 |
| 5200 | 1200913 | 04/11/2019 | $45.28 | $0.00 | $45.28 |
| 5200 | 1202233 | 05/09/2019 | $449.50 | $0.00 | $449.50 |
| 5200 | 1203548 | 06/06/2019 | $247.39 | $0.00 | $247.39 |
| 5200 | 1204948 | 07/11/2019 | $449.50 | $0.00 | $449.50 |
| 5200 | 1206293 | 08/07/2019 | $247.39 | $0.00 | $247.39 |
| 5200 | 1207801 | 09/26/2019 | $872.82 | $0.00 | $872.82 |
| 5200 | 1210044 | 11/07/2019 | $111.41 | $0.00 | $111.41 |
| 5200 | 1211416 | 12/12/2019 | $451.69 | $0.00 | $451.69 |
| 5200 | 1212774 | 01/16/2020 | $249.15 | $0.00 | $249.15 |
| 5200 | 1214128 | 02/13/2020 | $456.53 | $0.00 | $456.53 |
| 5200 | 1215435 | 03/12/2020 | $51.45 | $0.00 | $51.45 |
| 5200 | 1216713 | 04/14/2020 | $659.08 | $0.00 | $659.08 |
| 5200 | 1217708 | 05/06/2020 | $225.33 | $0.00 | $225.33 |
| 5200 | 1219740 | 07/07/2020 | $500.24 | $0.00 | $500.24 |
| 5200 | 1220786 | 08/12/2020 | $225.33 | $0.00 | $225.33 |
| 5200 | 1221846 | 09/17/2020 | $616.09 | $0.00 | $616.09 |
| 5200 | 1222828 | 10/15/2020 | $227.51 | $0.00 | $227.51 |
| 5200 | 1224611 | 12/10/2020 | $269.69 | $0.00 | $269.69 |
| 5200 | 1226392 | 01/19/2021 | $35.69 | $0.00 | $35.69 |
| 5200 | 1227410 | 02/17/2021 | $628.33 | $0.00 | $628.33 |
| 5200 | 1228435 | 03/17/2021 | $1,310.41 | $0.00 | $1310.41 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID C. WENTZ  Case No.: 1-16-00260-HWV
MICHELLE WENTZ  Chapter 13
   Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 28, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL J CSONKA ESQUIRE<br>166 SOUTH MAIN STREET<br>KERRSTOWN SQUARE<br>CHAMBERSBURG PA, 17201- | SERVED ELECTRONICALLY |
| SELENE FINANCE, LP<br>9990 RICHMOND AVENUE, SUITE 400 SOUTH<br>ATTN: BK DEPARTMENT<br>HOUSTON, TX, 77042 | SERVED BY 1ST CLASS MAIL |
| DAVID C. WENTZ<br>MICHELLE WENTZ<br>38 LYNBROOK DR S.<br>YORK, PA 17402 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 28, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com