United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 16-00260-HWV
David C. Wentz     Chapter 13
Michelle Wentz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Apr 26, 2021    Form ID: pdf010    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID**    **Recipient Name and Address**
+   Harley Davidson Corp Ofc, Attn Payroll, 3700 W Juneau Ave, Milwaukee, WI 53208-2818

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB Et Al... bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Wilmington Savings Fund Society FSB Et Al... josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

| | |
|---|---|
| Michael John Csonka | on behalf of Debtor 1 David C. Wentz office@csonkalaw.com<br>kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Michelle Wentz office@csonkalaw.com<br>kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Thomas I Puleo | on behalf of Creditor Wilmington Savings Fund Society FSB Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>David C. Wentz and )<br>Michelle Wentz )<br>)<br>Debtor(s) )<br>) | Case No. 1:16-bk-00260-HWV<br>Chapter 13 |

## ORDER OF COURT

UPON CONSIDERATION of the Debtors' Motion to Terminate Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion for Wage Attachment is approved. The Debtor's employer, Harley Davidson Corporation Office, ATTN Payroll, 3700 W Juneau Avenue, Milwaukee, WI 53208, is ordered to terminate the wage attachment.

Dated: April 23, 2021

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (CD)