Fill in this information to identify the case:

Debtor1       David C. Wentz

Debtor 2      Michelle Wentz
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                                          (State)

Case number 16-00260

# Form 4100R
# Response to Notice of Final Cure            10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:    1634

**Property address:**    38 LYNBROOK DRIVE SOUTH,
                         Number       Street
                         YORK, PA 17402
                         City            State         ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    05/01/2021
                                                                             MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                  (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:                   + (b) $_____

c. Total. Add lines a and b.                                                                             (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                             MM/ DD/ YYYY

| Debtor 1 | David C. Wentz | | | Case number *(if known)* | 16-00260 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab         Date 05/10/2021
   Signature

Print  Charles G. Wohlrab, Esq.            Title Authorized Agent
       First Name   Middle Name   Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  130 Clinton Rd #202
         Number        Street

         Fairfield, NJ 7004
         City          State         ZIP Code

Contact  470-321-7112                       Email cwohlrab@raslg.com

Form 4100R          Response to Notice of Final Cure Payment          page 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

David C. Wentz
38 Lynbrook Dr S
York, PA 17402

Michelle Wentz
38 Lynbrook Dr S
York, PA 17402

And via electronic mail to:

Michael John Csonka
Csonka Law
166 South Main Street
Kerrstown Square
Chambersburg, PA 17201

Trustee
Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By: /s/ Kayla Howey
Kayla Howey
Email:khowey@raslg.com