United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David C. Wentz  
Michelle Wentz  
    Debtors

Case No. 16-00260-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 17, 2021      Form ID: fnldecnd      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David C. Wentz, Michelle Wentz, 38 Lynbrook Dr S, York, PA 17402-3222 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4744252 | + | Barclays Bank Delaware, 700 Prides Crossing, Newark, DE 19713-6109 |
| 4744254 | + | CCS/First National Bank, 500 East 60th St N, Sioux Falls, SD 57104-0478 |
| 4744258 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4744260 | | Phelan Hallinan & Schmieg, LLP, 1617 JFK Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 4744262 | + | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 4744263 | + | Wells Fargo Bank MAC, X2505-033, P O Box 10438, Des Moines, IA 50306-0438 |
| 5352577 | + | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5338374 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 5338375 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042, Wilmington Savings Fund Society, FSB Selene Finance, LP 77042-4546 |
| 4798797 | + | Wilmington Savings Fund Society, FSB, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4744251 | + | Email/Text: bk@avant.com | Sep 17 2021 18:51:00 | Avant Credit, 640 N LaSalle St, Chicago, IL 60654-3781 |
| 4744253 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 17 2021 18:57:26 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 4762877 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 17 2021 18:57:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4744255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2021 18:57:29 | Citimortgage Inc, P O Box 6243, Sioux Falls, SD 57117-6243 |
| 4744256 | + | Email/Text: bknotice@ercbpo.com | Sep 17 2021 18:51:00 | Comcast Cable Communications, C/O Enhanced Recovery Corp, P O Box 57547, Jacksonville, FL 32241-7547 |
| 4744257 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2021 18:57:27 | Credit One Bank, P O Box 98872, Las Vegas, NV 89193-8872 |
| 4797135 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2021 18:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4792500 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2021 18:57:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4744259 | + | Email/Text: unger@members1st.org | Sep 17 2021 18:51:00 | Members First Credit Union, P O Box 40, Mechanicsburg, PA 17055-0040 |
| 4787435 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2021 18:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| | | | | |
| --- | --- | --- | --- | --- |
| 4798740 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | 48090-2011 |
| | | | Sep 17 2021 18:57:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 4789563 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2021 18:51:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4744261 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 17 2021 18:57:29 | SYNCB/Walmart Dual Card, P O Box 965024, Orlando, FL 32896-5024 |
| 4797127 | + | Email/Text: bncmail@w-legal.com | Sep 17 2021 18:51:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4744264 | + | Email/Text: Bankruptcies@nragroup.com | Sep 17 2021 18:51:00 | Wellspan Medical, C/O National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4744265 | + | Email/Text: rperez@arcadiarecovery.com | Sep 17 2021 18:51:00 | York Hospital, C/O Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3543 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB Et Al... bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Wilmington Savings Fund Society FSB Et Al... josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Michael John Csonka | |

| | |
|---|---|
| | on behalf of Debtor 1 David C. Wentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | |
| | on behalf of Debtor 2 Michelle Wentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Thomas I Puleo | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David C. Wentz,<br>**Debtor 1** | Chapter 13 |
| Michelle Wentz,<br>**Debtor 2** | Case No. 1:16−bk−00260−HWV |

Social Security No.:
    xxx−xx−5611    xxx−xx−4370

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **David C. Wentz and Michelle Wentz** in accordance with §1328 of the Bankruptcy Code.

Dated: September 17, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)