United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David C. Wentz  
Michelle Wentz  
    Debtors

Case No. 16-00260-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 20, 2022      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David C. Wentz, Michelle Wentz, 38 Lynbrook Dr S, York, PA 17402-3222 |
| 4744260 | | Phelan Hallinan & Schmieg, LLP, 1617 JFK Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4744251 | + | Email/Text: bk@avant.com | Jul 20 2022 18:39:00 | Avant Credit, 640 N LaSalle St, Chicago, IL 60654-3781 |
| 4744252 | + | EDI: TSYS2 | Jul 20 2022 22:43:00 | Barclays Bank Delaware, 700 Prides Crossing, Newark, DE 19713-6109 |
| 4744253 | + | EDI: CAPITALONE.COM | Jul 20 2022 22:43:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 4762877 | | EDI: CAPITALONE.COM | Jul 20 2022 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4744255 | + | EDI: CITICORP.COM | Jul 20 2022 22:43:00 | Citimortgage Inc, P O Box 6243, Sioux Falls, SD 57117-6243 |
| 4744256 | + | Email/Text: bknotice@ercbpo.com | Jul 20 2022 18:39:00 | Comcast Cable Communications, C/O Enhanced Recovery Corp, P O Box 57547, Jacksonville, FL 32241-7547 |
| 4744257 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 18:47:04 | Credit One Bank, P O Box 98872, Las Vegas, NV 89193-8872 |
| 4744254 | | Email/Text: BNSFN@capitalsvcs.com | Jul 20 2022 18:39:00 | CCS/First National Bank, 500 East 60th St N, Sioux Falls, SD 57104 |
| 4744258 | + | EDI: AMINFOFP.COM | Jul 20 2022 22:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4797135 | | EDI: JEFFERSONCAP.COM | Jul 20 2022 22:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4792500 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 18:47:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4744259 | + | Email/Text: unger@members1st.org | Jul 20 2022 18:39:00 | Members First Credit Union, P O Box 40, Mechanicsburg, PA 17055-0040 |
| 4787435 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

| | | | | |
|---|---|---|---|---|
| 4798740 | | EDI: PRA.COM | Jul 20 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 4789563 | + | EDI: JEFFERSONCAP.COM | Jul 20 2022 22:43:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4744261 | + | EDI: RMSC.COM | Jul 20 2022 22:43:00 | SYNCB/Walmart Dual Card, P O Box 965024, Orlando, FL 32896-5024 |
| 4744262 | + | EDI: USAA.COM | Jul 20 2022 22:43:00 | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 4797127 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 18:39:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4744263 | + | EDI: WFCCSBK | Jul 20 2022 22:43:00 | Wells Fargo Bank MAC, X2505-033, P O Box 10438, Des Moines, IA 50306-0438 |
| 4744264 | + | Email/Text: Bankruptcies@nragroup.com | Jul 20 2022 18:39:00 | Wellspan Medical, C/O National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5352577 | + | Email/Text: RASEBN@raslg.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5338374 | + | Email/Text: bkteam@selenefinance.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 5338375 | + | Email/Text: bkteam@selenefinance.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042, Wilmington Savings Fund Society, FSB, Selene Finance, LP 77042-4546 |
| 4798797 | + | Email/Text: bkenotice@rushmorelm.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, FSB, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 4744265 | + | Email/Text: rperez@arcadiarecovery.com | Jul 20 2022 18:39:11 | York Hospital, C/O Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3543 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Michael John Csonka | on behalf of Debtor 1 David C. Wentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Michelle Wentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Thomas I Puleo | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David C. Wentz <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5611 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Michelle Wentz <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4370 <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16-bk-00260-HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David C. Wentz                    Michelle Wentz

**By the court:**

7/20/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**