United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
David C. Wentz  
Michelle Wentz  
    Debtors

Case No. 16-00260-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jul 20, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David C. Wentz, Michelle Wentz, 38 Lynbrook Dr S, York, PA 17402-3222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB Et Al... bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Wilmington Savings Fund Society FSB Et Al... josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

Michael John Csonka
　　on behalf of Debtor 1 David C. Wentz office@csonkalaw.com
　　kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com

Michael John Csonka
　　on behalf of Debtor 2 Michelle Wentz office@csonkalaw.com
　　kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com

Thomas I Puleo
　　on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

I IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  )
 )
David C. Wentz and ) Case # 1:16-bk-00260-HWV
Michelle Wentz )
 ) Chapter 13
Debtors/Movants )
 )

## ORDER OF COURT

UPON consideration of the Debtors' Motion to Reinstate their Chapter 13 Case, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtors' case is reopened and reinstated so that an Order Granting Discharge to both Debtor 1 and Debtor 2 can to be issued.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 20, 2022