United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David C. Wentz  
Michelle Wentz  
    Debtors

Case No. 16-00260-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 20, 2022      Form ID: pdf010      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David C. Wentz, Michelle Wentz, 38 Lynbrook Dr S, York, PA 17402-3222 |
| 4744260 | | Phelan Hallinan & Schmieg, LLP, 1617 JFK Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 4744263 | + | Wells Fargo Bank MAC, X2505-033, P O Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4744251 | + | Email/Text: bk@avant.com | Jul 20 2022 18:39:00 | Avant Credit, 640 N LaSalle St, Chicago, IL 60654-3781 |
| 4744252 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 20 2022 18:39:00 | Barclays Bank Delaware, 700 Prides Crossing, Newark, DE 19713-6109 |
| 4744253 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 18:47:16 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 4762877 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 18:47:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4744255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 18:47:11 | Citimortgage Inc, P O Box 6243, Sioux Falls, SD 57117-6243 |
| 4744256 | + | Email/Text: bknotice@ercbpo.com | Jul 20 2022 18:39:00 | Comcast Cable Communications, C/O Enhanced Recovery Corp, P O Box 57547, Jacksonville, FL 32241-7547 |
| 4744257 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 18:47:04 | Credit One Bank, P O Box 98872, Las Vegas, NV 89193-8872 |
| 4744254 | | Email/Text: BNSFN@capitalsvcs.com | Jul 20 2022 18:39:00 | CCS/First National Bank, 500 East 60th St N, Sioux Falls, SD 57104 |
| 4744258 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 20 2022 18:47:11 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4797135 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 18:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4792500 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 18:47:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4744259 | + | Email/Text: unger@members1st.org | Jul 20 2022 18:39:00 | Members First Credit Union, P O Box 40, Mechanicsburg, PA 17055-0040 |
| 4787435 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 20 2022 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4798740 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 18:47:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 4789563 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 18:39:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4744261 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 18:57:43 | SYNCB/Walmart Dual Card, P O Box 965024, Orlando, FL 32896-5024 |
| 4744262 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 20 2022 18:39:00 | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 4797127 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 18:39:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4744263 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 20 2022 18:47:05 | Wells Fargo Bank MAC, X2505-033, P O Box 10438, Des Moines, IA 50306-0438 |
| 4744264 | + | Email/Text: Bankruptcies@nragroup.com | Jul 20 2022 18:39:00 | Wellspan Medical, C/O National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5352577 | + | Email/Text: RASEBN@raslg.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5338374 | + | Email/Text: bkteam@selenefinance.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 5338375 | + | Email/Text: bkteam@selenefinance.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042, Wilmington Savings Fund Society, FSB, Selene Finance, LP 77042-4546 |
| 4798797 | + | Email/Text: bkenotice@rushmorelm.com | Jul 20 2022 18:39:00 | Wilmington Savings Fund Society, FSB, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 4744265 | + | Email/Text: rperez@arcadiarecovery.com | Jul 20 2022 18:39:11 | York Hospital, C/O Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3543 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jul 22, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Michael John Csonka | on behalf of Debtor 1 David C. Wentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Michelle Wentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Thomas I Puleo | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
David C. Wentz and ) Case # 1:16-bk-00260-HWV
Michelle Wentz )
) Chapter 13
Debtors/Movants )
)

## ORDER OF COURT

UPON consideration of the Debtors' Motion to Reinstate their Chapter 13 Case, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtors' case is reopened and reinstated so that an Order Granting Discharge to both Debtor 1 and Debtor 2 can to be issued.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 20, 2022