IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 1:16-bk-00260 |
| | : | |
| David C. Wentz and | : | Chapter 13 |
| Michelle Wentz | | |
| Debtors | : | |
| | : | |

### Request for Certified Documents

**AND NOW** come the Debtors, David C. Wentz and Michelle Wentz, by and through her attorney, Michael J. Csonka, Esquire, of the law firm of Csonka Law, and request Certified Copies of the following:

- Docket # 55, Third Amended Chapter 13 Plan filed July 6, 2017 (Plan Only)

                                            Respectfully submitted,

Date: May 26, 2023                  /S/ Michael J. Csonka, Esquire
                                            MICHAEL J. CSONKA, ESQUIRE
                                            PA I.D. #91232
                                            Csonka Law
                                            166 South Main Street
                                            Chambersburg, PA 17201
                                            Tel: 717.977.3171
                                            Fax: 717.492.1639
                                            Email: office@csonkalaw.com
                                            Attorneys for the Debtors