IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 1:16-bk-00260 |
| | : | |
| David C. Wentz and | : | Chapter 13 |
| Michelle Wentz | | |
| Debtors | : | |
| | : | |

### Request for Certified Documents

**AND NOW** come the Debtors, David C. Wentz and Michelle Wentz, by and through her attorney, Michael J. Csonka, Esquire, of the law firm of Csonka Law, and request Certified Copies of the following:

- Docket # 87, Order of Discharge of Debtor 1 and Debtor 2 entered on 7/20/2022

                                       Respectfully submitted,

Date: May 26, 2023

/S/ Michael J. Csonka, Esquire
MICHAEL J. CSONKA, ESQUIRE
PA I.D. #91232
Csonka Law
166 South Main Street
Chambersburg, PA 17201
Tel: 717.977.3171
Fax: 717.492.1639
Email: office@csonkalaw.com
Attorneys for the Debtors